ROSARIO T. GONZALEZ
5·14·18

FILED

2018 MAY 14 AM 10: 44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Jonathan YANEZ-Grijalva, <br><br> Defendant. | Case No. '18MJ8716 <br><br> <u>COMPLAINT FOR VIOLATION OF</u> <br><br> Title 8, U.S.C., Section 1325 <br> Attempted Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about May 13, 2018 within the Southern District of California, defendant, Jonathan YANEZ-Grijalva, an alien, did knowingly and willfully attempt to enter the United States at a place other than as designated by immigration officers, eluding examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
FRANK L. MORAGA
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF MAY, 2018.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

2

ROSARIO T. GONZALEZ
5.14.18

UNITED STATES OF AMERICA
v.
Jonathan YANEZ-Grijalva

## PROBABLE CAUSE STATEMENT

I, Border Patrol Frank L. Moraga declare under penalty of perjury, the following is true and correct:

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) B. Kowalski that defendant, Jonathan YANEZ-Grijalva (YANEZ) attempted to enter the United States and was arrested on May 13, 2018, in Calexico, California.

On May 13, 2018, BPA D. Diaz was conducting linewatch duties approximately .5 miles east of the Calexico, California West Port of Entry. This area is within the city of Calexico, California and consists of residential and commercial buildings. The International Boundary Fence runs parallel to First Street in this area. Aliens frequently use this area to illegally enter into the United States in an attempt to blend in with the local populace.

At approximately 1:21 a.m., the Calexico Border Patrol Station's Remote Video Surveillance System (RVSS) operators informed BPA Diaz that they observed an individual, later identified as YANEZ, climb down the International Boundary Fence and proceed to run north. BPA Diaz responded to the location and encountered YANEZ, approximately 50 feet north of the international boundary. BPA Diaz identified himself as a BPA and questioned YANEZ as to his citizenship. BPA Diaz ascertained that YANEZ is

3

a citizen of Mexico without the proper documentation to enter, work, and or reside in the United States legally. BPA Diaz placed YANEZ under arrest.

Record checks revealed that YANEZ was most recently removed from the United States on February 20, 2018.

There is no evidence showing YANEZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

Executed on May 13, 2018 at 2:00 p.m.

Frank L. Moraga
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 12, 2018 in violation of Title 8, United States Code 1325.

HON. NITA L. STORMES
United States Magistrate Judge

2:43 PM, May 13, 2018
Date/Time

4